MEMORANDUM ENDORSEMENT 
Edwards v. Arocho, 
19 CV 1362 (VB) 
 In the attached notice of motion dated December 19, 2020, plaintiff, proceeding pro se 
and in forma pauperis, requests the Court appoint him pro bono counsel. (Doc. #85). 
 Plaintiff’s request is DENIED WITHOUT PREJUDICE. 
 The Court has considered the type and complexity of this case, the merits of plaintiff’ s 
claims, and plaintiff’s ability to present the case. The Court does not find any exceptional 
circumstances in plaintiffs case that would warrant the appointment of counsel at this time. See 
28 U.S.C. § 1915(e)(1); Cooper v. A. Sargenti Co., Inc., 877 F.2d 170, 172 (2d Cir. 1989). 
 Chambers will mail a copy of this Order to plaintiff at the address on the docket. 
 The Clerk is directed to terminate the motion. (Doc. #85). 
 The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order 
would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose 
of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). 
Dated: December 30, 2020 
 White Plains, NY SO ORDERED: Ie 
 Vincent L. Briccetti 
 United States District Judge 

 GQUESTING TO □□□□□ 
cot ee Pint b el oe Peo Bono ATIORENY — 

 lls 

Co. AwoCnO. pe 28 Chine [9-cu- □□□□□□ 

 T plant Chick Edvoards puts Anis motion iho te 
 Tequest’ +2 coort appinis me A Aone) for KM 
 plone. Beles To us) stale Ave meeGean Why 1 
 \oe. ANS MoTION. Whe FEASONS Ace WS 

 (J.T need a wttoreny to help me wetter mu □□□□□□ 
 the py im a WS Not Avnqg me he Proper □□□□□□□ 
Yes Woran, □□ look vp mates fer me CASL, 
 Q).x Ama A RHeme +410 inelo ma look over my 
 iAce in Prvars. wren WORS Ada. Yo lool Guer 
 video edvince Te hed a Correctional employee lookine, □□□□ 

 Sroulder the whole tne And was Adking me quxstiens al 

 ORL. L feoh Het the correctional Lm playee> usilt qo □□ 
 deéndants PHomn And tell tum my straqe oF □□ 
Wil) Deiat vm, case now fret TE kr that the defendm 
 has Clow Ccomacts wrth -the correctional -empluyecs dus, 
 Beck Bat (arty emplouges Are trom Westdhuakir Count, me 

 6).0 reed a artomnty \pecause SARL Tea at in m 
 Xm nex Wer Vrowledge tld of He i meter les □□□ 
 PARK ALA, wourta hele ' WoL adver Understand he □□□□□ 

 rope the cart grants this motion Ae a¢ine, Over 
wart ‘be LoAring, for The Answer to Anis MW aN . 

Decamloer 19. 2020 _ Kespectlully Submited , 

 Chink Eduard 

 . “DX IATTIIO 

 S54 Hunter S\. 
 Ossining , NON □□□□□